19-22142

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**DISTRICT OF MARYLAND**

Case number (if known): _____

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

F I L E D

2019 SEP 11  PM 12: 14

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

- [ ] Check if this is an amended filing

\# 20119181
& 335.

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **CHRISTIAN**<br>First Name<br>**MARCIANO**<br>Middle Name<br>**FLORES**<br>Last Name<br><br>Suffix (Sr., Jr., II, III) | **ROXANA**<br>First Name<br>**MARITZA**<br>Middle Name<br>**SOTOMAYOR**<br>Last Name<br><br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | First Name<br><br>Middle Name<br><br>Last Name | **ROXANA**<br>First Name<br>**MARITZA**<br>Middle Name<br>**MARQUINA**<br>Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 1 9 0 8<br>OR<br>9xx – xx – _____ | xxx – xx – 9 2 0 0<br>OR<br>9xx – xx – _____ |

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                                    Case number (if known) _____

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4.    Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.                    ☑ I have not used any business names or EINs.

Business name _____                    Business name _____

Business name _____                    Business name _____

Business name _____                    Business name _____

EIN __ __ – __ __ __ __ __ __ __                    EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __                    EIN __ __ – __ __ __ __ __ __ __

**5.    Where you live**

If Debtor 2 lives at a different address:

**18233 SWISS CIRCLE APT 1**
Number    Street                                                Number    Street _____

_____                                                _____

**GERMANTOWN        MD    20874**                    _____
City                            State    ZIP Code                    City                            State    ZIP Code

**MONTGOMERY**
County                                                            County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

**18233 SWISS CIRCLE APT 1**
Number    Street                                                Number    Street _____

**GERMANTOWN, MD 2074**
P.O. Box                                                         P.O. Box _____

_____
City                            State    ZIP Code                    City                            State    ZIP Code

**6.    Why you are choosing this district to file for bankruptcy**

Check one:                                                       Check one:

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain.
(See 28 U.S.C. § 1408.)

☐ I have another reason.  Explain.
(See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

Check one:  (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**

Case number (if known) _____

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

District _____ When _____ Case number _____
                                       MM / DD / YYYY

District _____ When _____ Case number _____
                                       MM / DD / YYYY

District _____ When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                                       MM / DD / YYYY    if known

Debtor _____ Relationship to you _____

District _____ When _____ Case number, _____
                                       MM / DD / YYYY    if known

**11. Do you rent your residence?**

☑ No. Go to line 12.

☐ Yes. Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                    Case number (if known) _____

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number    Street

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
City                              State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:    Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

☑ No
☐ Yes.  What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

Where is the property?  _____
Number    Street

_____

_____
City                              State        ZIP Code

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                    Case number (if known) _____

### Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                    Case number (if known) _____

| Part 6: | Answer These Questions for Reporting Purposes |

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

_____

**17.** Are you filing under Chapter 7?

☐ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18.** How many creditors do you estimate that you owe?

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19.** How much do you estimate your assets to be worth?

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                                    Case number (if known) _____

| Part 7: | Sign Below |
|---------|------------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____            X _____
CHRISTIAN MARCIANO FLORES, Debtor 1              ROXANA MARITZA SOTOMAYOR, Debtor 2

Executed on  9 / 08 / 2019                    Executed on  09 / 08 / 2019
            MM / DD / YYYY                                MM / DD / YYYY

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                                    Case number (if known) _____

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☐ No
☑ Yes.    Name of Person  **CARMEN HERNANDEZ**
            Attach  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*    (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _____                    X _____
CHRISTIAN MARCIANO FLORES, Debtor 1                ROXANA MARITZA SOTOMAYOR, Debtor 2

Date  09/08/2019                                   Date  09/08/2019
      MM / DD / YYYY                                     MM / DD / YYYY

Contact phone _____                  Contact phone _____

Cell phone  **(949) 677-6578**                      Cell phone  **(202) 492-2930**

Email address _____                  Email address _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | CHRISTIAN | MARCIANO | FLORES |
| | First Name | Middle Name | Last Name |
| Debtor 2 | ROXANA | MARITZA | SOTOMAYOR |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number
(if known) _____

FILED
2019 SEP 11 PM 12:21
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
|    1a. Copy line 55, Total real estate, from Schedule A/B......................................................... | **$0.00** |
|    1b. Copy line 62, Total personal property, from Schedule A/B........................................... | **$85,063.71** |
|    1c. Copy line 63, Total of all property on Schedule A/B........................................................ | **$85,063.71** |

### Part 2:    Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
|    2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$278,561.79** |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
|    3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................. | **$0.00** |
|    3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** | **$90,646.74** |
| **Your total liabilities** | **$369,208.53** |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of Schedule I.................................................. | **$6,272.65** |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of Schedule J.................................................. | **$5,785.52** |

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR**            Case number (if known) _____

## Part 4:   Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐  **No.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑  **Yes**

7.   **What kind of debt do you have?**

   ☑  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.   From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

                                           **$8,756.88**

9.   Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a.  Domestic support obligations. (Copy line 6a.) | $0.00 |
| 9b.  Taxes and certain other debts you owe the government. (Copy line 6b.) | $0.00 |
| 9c.  Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d.  Student loans. (Copy line 6f.) | $0.00 |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +   $0.00 |
| 9g.  **Total.**  Add lines 9a through 9f. | $0.00 |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **CHRISTIAN** | **MARCIANO** | **FLORES** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **ROXANA** | **MARITZA** | **SOTOMAYOR** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.    Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No.  Go to Part 2.

☑ Yes.  Where is the property?

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                    Case number (if known) _____

1.1.

**18233 SWISS CIRCLE APT 1-37**
Street address, if available, or other description

**GERMANTOWN        MD    20874**
City                          State    ZIP Code

**MONTGOMERY**
County

**RESIDENCE**

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**MORTGAGE**

☐ Check if this is community property
    (see instructions)

PURCHASE DATE:  12/19/2013
PURCHASE PRICE:  $143,589.00

\*\*\*MORTGAGE\*\*\*
LOAN OBTAINED:  10/2016
LOAN AMOUNT:  $128,264.00
MONTHLY PYMT:  $837.09
BALANCE:  $123,259.12

\*\*\*LIQUIDATION\*\*\*
$135,000.00  Value
$123,259.12  Mtg
$  13,500.00  10% Cost and Sale
=============================
($   1,759.12) Negative Equity

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                                    Case number (if known) _____

---

1.2.

**9816 HELLINGLY PLACE #93**
Street address, if available, or other description

_____

**GAITHERSBURG      MD    20886**
City                          State    ZIP Code

**MONTGOMERY**
County

**RENTAL PROPERTY**

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☑ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**MORTGAGE**

☐ **Check if this is community property**
(see instructions)

PURCHASE DATE: 04/2007
PURCHASE PRICE: $170,000.000

\*\*\*MORTGAGE\*\*\*
LOAN OBTAINED: 04/2007
LOAN AMOUNT: $170,000.00
MONTHLY PYMT: $875.91
BALANCE: $154,721.35

\*\*\*LIQUIDATION\*\*\*
$ 99,950.00 Value
$154,941.35 Mtg
$  9,995.00 10% Cost and Sale
==============================
($ 64,986.35) Negative Equity

2.    Add the dollar value of the portion you own for all of your entries from Part 1, including any
      entries for pages you have attached for Part 1. Write that number here.......................................................➔    $0.00

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                    Case number (if known) _____

| Part 2: | Describe Your Vehicles |
|---|---|

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.
Make:    **FORD**
Model:    **EXPLORER**
Year:    **2001**
Approximate mileage:    **173,000**

Other information:
**2001 FORD EXPLORER (approx. 173,000 miles)**
**2DR/AUTO**
**FAIR CONDITION**
**PURCHASE DATE: 6/30/2000**
**PURCHASE PRICE: $23,100.00**
**NO LIENS**

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $462.00 | $462.00 |

3.2.
Make:    **NISSAN**
Model:    **VERSA**
Year:    **2012**
Approximate mileage:    **66,000**

Other information:
**2012 NISSAN VERSA (approx. 66,000 miles)**
**4DR/AUTO**
**FAIR CONDITION**
**PURCHASE DATE: 11/2012**
**PURCHASE PRICE: $16,550.00**
**NO LIENS**

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $2,048.00 | $2,048.00 |

3.3.
Make:    **NISSAN**
Model:    **ALTIMA**
Year:    **2001**
Approximate mileage:    **146,000**

Other information:
**2001 NISSAN ALTIMA (approx. 146,000 miles)**
**4DR/AUTO**
**POOR CONDITION (NOT OPERABLE)**
**PURCHASE DATE: $6/14/2018**
**PURCHASE PRICE: $1,100.00**
**NO LIENS**

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                          Case number (if known) _____

**4.   Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
        *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

**5.   Add the dollar value of the portion you own for all of your entries from Part 2, including any
        entries for pages you have attached for Part 2. Write that number here........................................➔**  | $2,510.00 |

Do you own or have any legal or equitable interest in any of the following items?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

**6.   Household goods and furnishings**
        *Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☒ Yes. Describe.....

LIVING ROOM:  1 COUCH, 1 LOVE SEAT, 1 TV.
DINING ROOM:  1 TABLE, 4 CHAIRS.
KITCHEN:  30 COOKING AND EATING UTENSILS.
BEDROOM #1:  1 BED, 3 CHEST DRAWERS, 2 DRESSERS, 1 TV.
BEDROOM #2:  2 BEDS, 1 CHEST DRAWER, 1 DRESSER, 1 TABLE, 1 TV.

$500.00

**7.   Electronics**
        *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners;
                music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☒ Yes. Describe.....

2 LAPTOPS & 2 CELLS PHONE

$300.00

**8.   Collectibles of value**
        *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects;
                stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☒ No
☐ Yes. Describe.....

**9.   Equipment for sports and hobbies**
        *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis;
                canoes and kayaks; carpentry tools; musical instruments

☒ No
☐ Yes. Describe.....

**10.  Firearms**
        *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☒ No
☐ Yes. Describe.....

**11.  Clothes**
        *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☒ Yes. Describe.....

HUSBAND:  5 SUITS, 1 SPORT COAT, 8 SHIRTS, 6 PANTS, 4 SWEATERS, 6
PAIRS OF SHOES, 1 COAT, 1 JACKET.

WIFE:  2 SUITS, 3 BLAZERS, 3 SKIRTS, 3 PANTS, 2 BLOUSES, 3 DRESSES, 4
SWEATERS, 2 JACKETS, 1 COAT, 1 PAIRS OF SHOES, 3 PURSES.

$500.00

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                    Case number (if known) _____

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe.....

| | |
|---|---|
| HUSBAND:  1 RING, 1 WATCH | $300.00 |
| WIFE:  1 NECKLACE, 1 BRACELET, 2 RINGS, 1 BROACH, 5 PAIRS OF EARRINGS | |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**.................................................................................. → $1,600.00

---

**Part 4:**    **Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?                    Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes................................................................................................... Cash: ........................... $20.00

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................            Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | Checking account #X341 **MID-ATLANTIC FCU** | $1,206.92 |
| 17.2. | Checking account: | Checking account #2270 **SCHOOLS FIRST FCU** | $566.32 |
| 17.3. | Checking account: | Checking account #0722 **BANK OF AMERICA** | $5.30 |
| 17.4. | Checking account: | Checking account #7908 **BANK OF AMERICA** | $457.50 |
| 17.5. | Checking account: | Checking account #6531 **BANK OF AMERICA** | $345.86 |
| 17.6. | Checking account: | Checking account #0341 **BANK OF AMERICA** | |
| | | **1/2 INTEREST WITH DAUGHTER** | $56.57 |

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                     Case number (if known) _____

| | | | |
|---|---|---|---|
| 17.7. | Checking account: | **Checking account #8010**<br>**BANK OF AMERICA** | |
| | | **1/2 INTEREST WITH DAUGHTER** | $5.00 |
| 17.8. | Checking account: | **Checking account #3896**<br>**BANK OF AMERICA** | |
| | | **1/2 INTEREST WITH SON** | $25.01 |
| 17.9. | Checking account: | **Checking account #6544**<br>**BANK OF AMERICA** | |
| | | **1/2 INTEREST WITH PARENT** | $150.00 |
| 17.10. | Savings account: | **Savings account #X341**<br>**MID-ATLANTIC FCU** | $180.14 |
| 17.11. | Savings account: | **Savings account #2270**<br>**SCHOOLS FIRST FCU** | $8.88 |
| 17.12. | Savings account: | **Savings account #9186**<br>**BANK OF AMERICA** | $302.89 |
| 17.13. | Other financial account: | **Other financial account (MONEY MARKET ACCT) #9577**<br>**ALLY/GMAC** | |
| | | **1/4 INTEREST WITH FAMILY MEMBERS** | $156.56 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☑ No
    ☐ Yes............................ Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☑ No
    ☐ Yes.  Give specific
    information about
    them........................... Name of entity:                          % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☑ No
    ☐ Yes.  Give specific
    information about
    them........................... Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☑ Yes.  List each
    account separately.    Type of account:    Institution name:

| | | |
|---|---|---|
| | 401(k) or similar plan: | **401(k)**<br>**BANK OF AMERICA/MERRILL** |
| | Pension plan: | **Pension plan #0795**<br>**BANK OF AMERICA/FIDELITY INVESTMENTS** |
| | Pension plan: | **Pension plan #9169**<br>**BANK OF AMERICA/FIDELITY INVESTMENTS** |

Amounts:
- 401(k): $51,175.77
- Pension plan #0795: $11,652.79
- Pension plan #9169: $14,638.20

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**           Case number (if known) _____

**22. Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.......................... Institution name or individual:

**23. Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.......................... Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.......................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years......................

| | |
|---|---|
| **Federal: 2018 FEDERAL TAX RETURN REFUND: $3,520.00.** Amt: $0.00 | Federal:       $0.00 |
| **State: MD STATE TAX RETURN REFUND: $218.00. Amt: $0.00** | State:       $0.00 |
| | Local:       $0.00 |

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

Alimony: _____
Maintenance: _____
Support: _____
Divorce settlement: _____
Property settlement: _____

Debtor 1  **CHRISTIAN MARCIANO FLORES**
Debtor 2  **ROXANA MARITZA SOTOMAYOR**                         Case number (if known) _____

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☑ No
    ☐ Yes.  Give specific information

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No
    ☑ Yes.  Name the insurance
    company of each policy
    and list its value...............

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| LIFE INSURANCE THROUGH EMPLOYER WITH CIGNA GROUP LIFE TERM LIFE DEATH BENEFIT:  $104,000.00 NO CASH VALUE | ROXANA M SOTOMAYOR | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

    ☑ No
    ☐ Yes.  Give specific information

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes.  Describe each claim........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes.  Describe each claim........

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes.  Give specific information

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................... ➔   **$80,953.71**

**Part 5:**  **Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Go to line 38.

Debtor 1  **CHRISTIAN MARCIANO FLORES**
Debtor 2  **ROXANA MARITZA SOTOMAYOR**_____    Case number (if known) _____

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..  [                                          ]    _____

39. **Office equipment, furnishings, and supplies**
    *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..  [                                          ]    _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..  [                                          ]    _____

41. **Inventory**

☑ No
☐ Yes.  Describe..  [                                          ]    _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....  Name of entity:                    % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  Do your lists include **personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
    ☐ No
    ☐ Yes.  Describe....  [                                          ]

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5.  Write that number here.................................................................................➔    [              $0.00]

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                          Case number (if known) _____

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ☑ No
    ☐ Yes....                                                                        _____

48. **Crops--either growing or harvested**
    ☑ No
    ☐ Yes.  Give specific information................                                 _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☑ No
    ☐ Yes....                                                                        _____

50. **Farm and fishing supplies, chemicals, and feed**
    ☑ No
    ☐ Yes....                                                                        _____

51. **Any farm- and commercial fishing-related property you did not already list**
    ☑ No
    ☐ Yes.  Give specific information................                                 _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here**....................................................➔  | $0.00 |

---

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here**.............................................➔  | $0.00 |

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR**

Case number (if known) _____

## Part 8:   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ....................................................................................................➔     _____ **$0.00**

56. **Part 2: Total vehicles, line 5**       _____ **$2,510.00**

57. **Part 3: Total personal and household items, line 15**     _____ **$1,600.00**

58. **Part 4: Total financial assets, line 36**     _____ **$80,953.71**

59. **Part 5: Total business-related property, line 45**     _____ **$0.00**

60. **Part 6: Total farm- and fishing-related property, line 52**     _____ **$0.00**

61. **Part 7: Total other property not listed, line 54**    **+** _____ **$0.00**

62. **Total personal property.**    Add lines 56 through 61 ................   _____ **$85,063.71**     Copy personal property total  ➔  **+** _____ **$85,063.71**

63. **Total of all property on Schedule A/B.**    Add line 55 + line 62 .............................................................   _____ **$85,063.71**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **CHRISTIAN** | **MARCIANO** | **FLORES** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **ROXANA** | **MARITZA** | **SOTOMAYOR** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

---

**Part 1:    Identify the Property You Claim as Exempt**

1.  **Which set of exemptions are you claiming?**  *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2001 FORD EXPLORER (approx. 173,000 miles)**<br>**2DR/AUTO**<br>**FAIR CONDITION**<br>**PURCHASE DATE:  6/30/2000**<br>**PURCHASE PRICE:  $23,100.00**<br>**NO LIENS**<br>Line from *Schedule A/B*:  __3.1__ | $462.00 | ☑  $462.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |

3.  **Are you claiming a homestead exemption of more than $170,350?**
(Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No
☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
    ☐ No
    ☐ Yes

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                Case number (if known) _____

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2012 NISSAN VERSA (approx. 66,000 miles)**<br>**4DR/AUTO**<br>**FAIR CONDITION**<br>**PURCHASE DATE: 11/2012**<br>**PURCHASE PRICE: $16,550.00**<br>**NO LIENS**<br>Line from *Schedule A/B*: __3.2__ | $2,048.00 | ☑ $2,048.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. §** 11-504(b)(5) |
| Brief description:<br>**LIVING ROOM: 1 COUCH, 1 LOVE SEAT, 1 TV.**<br>**DINING ROOM: 1 TABLE, 4 CHAIRS.**<br>**KITCHEN: 30 COOKING AND EATING UTENSILS.**<br>**BEDROOM #1: 1 BED, 3 CHEST DRAWERS, 2 DRESSERS, 1 TV.**<br>**BEDROOM #2: 2 BEDS, 1 CHEST DRAWER, 1 DRESSER, 1 TABLE, 1 TV.**<br>Line from *Schedule A/B*: __6__ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. §** 11-504(b)(4) |
| Brief description:<br>**2 LAPTOPS & 2 CELLS PHONE**<br>Line from *Schedule A/B*: __7__ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. §** 11-504(b)(5) |
| Brief description:<br>**HUSBAND: 5 SUITS, 1 SPORT COAT, 8 SHIRTS, 6 PANTS, 4 SWEATERS, 6 PAIRS OF SHOES, 1 COAT, 1 JACKET.**<br><br>**WIFE: 2 SUITS, 3 BLAZERS, 3 SKIRTS, 3 PANTS, 2 BLOUSES, 3 DRESSES, 4 SWEATERS, 2 JACKETS, 1 COAT, 1 PAIRS OF SHOES, 3 PURSES.**<br>Line from *Schedule A/B*: __11__ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. §** 11-504(b)(4) |
| Brief description:<br>**HUSBAND: 1 RING, 1 WATCH**<br><br>**WIFE: 1 NECKLACE, 1 BRACELET, 2 RINGS, 1 BROACH, 5 PAIRS OF EARRINGS**<br>Line from *Schedule A/B*: __12__ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. §** 11-504(b)(5) |
| Brief description:<br>**CASH ON HAND: $20.00**<br>Line from *Schedule A/B*: __16__ | $20.00 | ☑ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. §** 11-504(b)(5) |

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                              Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Checking account #X341**<br>**MID-ATLANTIC FCU**<br>Line from *Schedule A/B*: __17.1__ | $1,206.92 | ☑ $1,206.92<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| Brief description:<br>**Savings account #X341**<br>**MID-ATLANTIC FCU**<br>Line from *Schedule A/B*: __17.10__ | $180.14 | ☑ $180.14<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| Brief description:<br>**Checking account #2270**<br>**SCHOOLS FIRST FCU**<br>Line from *Schedule A/B*: __17.2__ | $566.32 | ☑ $566.32<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| Brief description:<br>**Savings account #2270**<br>**SCHOOLS FIRST FCU**<br>Line from *Schedule A/B*: __17.11__ | $8.88 | ☑ $8.88<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| Brief description:<br>**Checking account #0722**<br>**BANK OF AMERICA**<br>Line from *Schedule A/B*: __17.3__ | $5.30 | ☑ $5.30<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| Brief description:<br>**Checking account #7908**<br>**BANK OF AMERICA**<br>Line from *Schedule A/B*: __17.4__ | $457.50 | ☑ $457.50<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| Brief description:<br>**Savings account #9186**<br>**BANK OF AMERICA**<br>Line from *Schedule A/B*: __17.12__ | $302.89 | ☑ $302.89<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| Brief description:<br>**Checking account #6531**<br>**BANK OF AMERICA**<br>Line from *Schedule A/B*: __17.5__ | $345.86 | ☑ $345.86<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |
| Brief description:<br>**Checking account #0341**<br>**BANK OF AMERICA**<br><br>**1/2 INTEREST WITH DAUGHTER**<br>Line from *Schedule A/B*: __17.6__ | $56.57 | ☑ $56.57<br>☐ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) |

Debtor 1  **CHRISTIAN MARCIANO FLORES**
Debtor 2  **ROXANA MARITZA SOTOMAYOR**                    Case number (if known) _____

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description:<br>**Checking account #8010**<br>**BANK OF AMERICA**<br><br>**1/2 INTEREST WITH DAUGHTER**<br>Line from *Schedule A/B:*  **17.7** | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| Brief description:<br>**Checking account #3896**<br>**BANK OF AMERICA**<br><br>**1/2 INTEREST WITH SON**<br>Line from *Schedule A/B:*  **17.8** | $25.01 | ☑ $25.01<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| Brief description:<br>**Checking account #6544**<br>**BANK OF AMERICA**<br><br>**1/2 INTEREST WITH PARENT**<br>Line from *Schedule A/B:*  **17.9** | $150.00 | ☑ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| Brief description:<br>**Other financial account (MONEY MARKET ACCT) #9577**<br>**ALLY/GMAC**<br><br>**1/4 INTEREST WITH FAMILY MEMBERS**<br>Line from *Schedule A/B:*  **17.13** | $156.56 | ☑ $156.56<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| Brief description:<br>**Pension plan #0795**<br>**BANK OF AMERICA/FIDELITY INVESTMENTS**<br>Line from *Schedule A/B:*  **21** | $11,652.79 | ☑ $11,652.79<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** |
| Brief description:<br>**Pension plan #9169**<br>**BANK OF AMERICA/FIDELITY INVESTMENTS**<br>Line from *Schedule A/B:*  **21** | $14,638.20 | ☑ $14,638.20<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** |
| Brief description:<br>**401(k)**<br>**BANK OF AMERICA/MERRILL**<br>Line from *Schedule A/B:*  **21** | $51,175.77 | ☑ $51,175.77<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** |

**Fill in this information to identify your case:**

Debtor 1   **CHRISTIAN**   **MARCIANO**   **FLORES**
First Name      Middle Name        Last Name

Debtor 2   **ROXANA**   **MARITZA**   **SOTOMAYOR**
(Spouse, if filing) First Name   Middle Name        Last Name

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known)

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

| 2.1 | |
|---|---|

**BANK OF AMERICA**
Creditor's name
**PO BOX 31785**
Number     Street

**TAMPA     FL   33631**
City          State   ZIP Code

Describe the property that secures the claim:

**9816 HELLINGLY PLACE #93**

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | $154,721.35 | $0.00 | $154,721.35 |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Fee Simple**

Date debt was incurred _____   Last 4 digits of account number   **7   9   6   7**

Add the dollar value of your entries in Column A on this page. Write that number here:

**$154,721.35**

Debtor 1  **CHRISTIAN MARCIANO FLORES**
Debtor 2  **ROXANA MARITZA SOTOMAYOR**

Case number (if known) _____

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

| 2.2 |

**CARRINGTON MORTGAGE SER**
Creditor's name
**PO BOX 5001**
Number    Street

**Describe the property that secures the claim:**

**18233 SWISS CIRCLE APT 1**

Column A: $123,259.12    Column B: $0.00    Column C: $123,259.12

**WESTFIELD        IN    46074**
City                State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
   **Fee Simple**

Last 4 digits of account number    1  1  6  5

| 2.3 |

**CHRISTOPHER COURT CONDOMINII**
Creditor's name
**3706 CRONDALL LANE STE 105**
Number    Street

**Describe the property that secures the claim:**

**18233 SWISS CIRCLE APT 1**

Column A: $361.32    Column B: $0.00    Column C: $361.32

**OWINGS MILL    MD    21117**
City              State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim relates to a community debt

Date debt was incurred _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Nature of lien.** Check all that apply.
- [ ] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [x] Other (including a right to offset)
   **Collecting for - CONDO ASSOCIATION FEE**

Last 4 digits of account number    5  3  3  5

Add the dollar value of your entries in Column A on this page. Write that number here:

$123,620.44

Debtor 1  **CHRISTIAN MARCIANO FLORES**
Debtor 2  **ROXANA MARITZA SOTOMAYOR**

Case number (if known) _____

| | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | **Column A** Amount of claim Do not deduct the value of collateral | **Column B** Value of collateral that supports this claim | **Column C** Unsecured portion If any |
|---|---|---|---|---|
| **Part 1:** | | | | |

**2.4**

Describe the property that secures the claim:

**FARMINGDALE CONDO INC**
Creditor's name
**C/O THE MANAGEMENT GROUP ASS**
Number    Street
**20440 CENTURY BLVD STE 100**

**9816 HELLINGLY PLACE #93**

Column A: **$220.00**    Column B: **$0.00**    Column C: **$220.00**

**GERMANTOWN    MD    20879**
City          State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Fee Simple**

- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____    **Last 4 digits of account number**    0    1    0    3

**Add the dollar value of your entries in Column A on this page.  Write that number here:**

**$220.00**

**If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:**

**$278,561.79**

**Fill in this information to identify your case:**

| Debtor 1 | **CHRISTIAN** | **MARCIANO** | **FLORES** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **ROXANA** | **MARITZA** | **SOTOMAYOR** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☑ No. Go to Part 2.
    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name

Number        Street

_____

_____

City                          State     ZIP Code

**Last 4 digits of account number**   ___ ___ ___ ___

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                              Case number (if known) _____

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.
☑ Yes

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

**4.1**

**BANK OF AMERICA**
Nonpriority Creditor's Name
**400 CHRISTIANA ROAD**
Number      Street

_____

**NEWARK**            **DE**    **19713**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **2   3   8   0**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

**$4,855.00**

**4.2**

**BANK OF AMERICA**
Nonpriority Creditor's Name
**400 CHRISTIANA ROAD**
Number      Street

_____

**NEWARK**            **DE**    **19713**
City                  State    ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **6   1   9   9**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
**Credit Card**

**$6,614.00**

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.3

**BANK OF AMERICA**
Nonpriority Creditor's Name
**400 CHRISTIANA ROAD**
Number        Street

**$17,462.00**

Last 4 digits of account number    0   5   5   6

When was the debt incurred?    _____

**NEWARK            DE    19713**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

### 4.4

**BANK OF AMERICA**
Nonpriority Creditor's Name
**400 CHRISTIANA ROAD**
Number        Street

**$9,719.00**

Last 4 digits of account number    4   1   1   3

When was the debt incurred?    _____

**NEWARK            DE    19713**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

### 4.5

**BANK OF AMERICA**
Nonpriority Creditor's Name
**400 CHRISTIANA ROAD**
Number        Street

**$8,159.00**

Last 4 digits of account number    9   3   6   1

When was the debt incurred?    _____

**NEWARK            DE    19713**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**4.6**

| | | **Total claim** |
|---|---|---|

**CHASE CARD**
Nonpriority Creditor's Name
**PO BOX 15298**
Number      Street

**$10,100.00**

Last 4 digits of account number    6  4  5  7

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**WILMINGTON      DE    19850**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**4.7**

**CITICARDS CBNA**
Nonpriority Creditor's Name
**PO BOX 6241**
Number      Street

**$7,829.19**

Last 4 digits of account number    0  7  3  2

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**SIOUX FALLS      SD    57117**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

**4.8**

**CITICARDS CBNA**
Nonpriority Creditor's Name
**PO BOX 6241**
Number      Street

**$7,360.00**

Last 4 digits of account number    4  7  4  9

When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**SIOUX FALLS      SD    57117**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

Official Form 106E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.9

**KAISER PERMANENTE**
Nonpriority Creditor's Name
**PATIENT FINANCIAL SERVICES**
Number      Street
**2101 E JEFFERSON ST 4 EAST**

_____

**ROCKVILLE**          **MD    20852**
City                            State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __3__ __1__ __1__ __2__

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collecting for - MEDICAL**

**$963.80**

### 4.10

**KAISER PERMANENTE**
Nonpriority Creditor's Name
**PATIENT FINANCIAL SERVICES**
Number      Street
**2101 E JEFFERSON ST 4 EAST**

_____

**ROCKVILLE**          **MD    20852**
City                            State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __3__ __1__ __1__ __2__

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collecting for - MEDICAL**

**$563.20**

### 4.11

**KAISER PERMANENTE**
Nonpriority Creditor's Name
**PATIENT FINANCIAL SERVICES**
Number      Street
**2101 E JEFFERSON ST 4 EAST**

_____

**ROCKVILLE**          **MD    20852**
City                            State    ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   __3__ __1__ __1__ __2__

**When was the debt incurred?**   _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collecting for - MEDICAL**

**$594.20**

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR**                                    Case number (if known) _____

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the
previous page.

|  | | Total claim |
|---|---|---|

**4.12**

**KAISER PERMANENTE**                                    Last 4 digits of account number    3   1   1   2                $0.00
Nonpriority Creditor's Name
**PATIENT FINANCIAL SERVICES**                          **When was the debt incurred?**    _____
Number     Street
**2101 E JEFFERSON ST 4 EAST**                          **As of the date you file, the claim is:** Check all that apply.
                                                        ☐ Contingent
                                                        ☐ Unliquidated
**ROCKVILLE           MD    20852**                     ☐ Disputed
City                  State   ZIP Code
**Who incurred the debt?**   Check one.                 **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                                         ☐ Student loans
☑ Debtor 2 only                                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                               that you did not report as priority claims
☐ At least one of the debtors and another              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**       ☑ Other. Specify
**Is the claim subject to offset?**                        **Collecting for - MEDICAL**
☑ No
☐ Yes

**4.13**

**KAISER PERMANENTE**                                    Last 4 digits of account number    3   1   1   2                $2,535.75
Nonpriority Creditor's Name
**PATIENT FINANCIAL SERVICES**                          **When was the debt incurred?**    _____
Number     Street
**2101 E JEFFERSON ST 4 EAST**                          **As of the date you file, the claim is:** Check all that apply.
                                                        ☐ Contingent
                                                        ☐ Unliquidated
**ROCKVILLE           MD    20852**                     ☐ Disputed
City                  State   ZIP Code
**Who incurred the debt?**   Check one.                 **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                                         ☐ Student loans
☑ Debtor 2 only                                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                               that you did not report as priority claims
☐ At least one of the debtors and another              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**       ☑ Other. Specify
**Is the claim subject to offset?**                        **Collecting for - MEDICAL**
☑ No
☐ Yes

**4.14**

**KAISER PERMANENTE**                                    Last 4 digits of account number    3   1   1   2                $2,602.75
Nonpriority Creditor's Name
**PATIENT FINANCIAL SERVICES**                          **When was the debt incurred?**    _____
Number     Street
**2101 E JEFFERSON ST 4 EAST**                          **As of the date you file, the claim is:** Check all that apply.
                                                        ☐ Contingent
                                                        ☐ Unliquidated
**ROCKVILLE           MD    20852**                     ☐ Disputed
City                  State   ZIP Code
**Who incurred the debt?**   Check one.                 **Type of NONPRIORITY unsecured claim:**
☐ Debtor 1 only                                         ☐ Student loans
☑ Debtor 2 only                                         ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                               that you did not report as priority claims
☐ At least one of the debtors and another              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt**       ☑ Other. Specify
**Is the claim subject to offset?**                        **Collecting for - MEDICAL**
☑ No
☐ Yes

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR**

Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

| | | **Total claim** |
|---|---|---|

### 4.15

**KOHLS / CAPITAL ONE**
Nonpriority Creditor's Name
**PO BOX 3043**
Number   Street

**MILWAUKEE**    **WI**   **53201-3043**
City   State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **7**  **6**  **8**  **1**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Credit Card**

**$623.00**

### 4.16

**NATIONWIDE RECOVERY SERVICES**
Nonpriority Creditor's Name
**PO BOX 8005**
Number   Street

**CLEVELAND**    **TN**  **37320**
City   State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5**  **0**  **3**  **2**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Collecting for - MEDICAL**

**$707.00**

### 4.17

**NATIONWIDE RECOVERY SERVICES**
Nonpriority Creditor's Name
**PO BOX 8005**
Number   Street

**CLEVELAND**    **TN**  **37320**
City   State   ZIP Code

**Who incurred the debt?**  Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   **5**  **0**  **3**  **2**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Collecting for - MEDICAL**

**$234.00**

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR**

Case number (if known) _____

---

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | | Total claim |
|---|---|---|

**4.18**

**NATIONWIDE RECOVERY SERVICES**
Nonpriority Creditor's Name
**PO BOX 8005**
Number        Street

**CLEVELAND**                **TN**    **37320**
City                           State    ZIP Code

$199.00

Last 4 digits of account number    **5   0   3   2**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for - MEDICAL**

---

**4.19**

**NATIONWIDE RECOVERY SERVICES**
Nonpriority Creditor's Name
**PO BOX 8005**
Number        Street

**CLEVELAND**                **TN**    **37320**
City                           State    ZIP Code

$190.00

Last 4 digits of account number    **5   0   3   2**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for - MEDICAL**

---

**4.20**

**NATIONWIDE RECOVERY SERVICES**
Nonpriority Creditor's Name
**PO BOX 8005**
Number        Street

**CLEVELAND**                **TN**    **37320**
City                           State    ZIP Code

$146.00

Last 4 digits of account number    **5   0   3   2**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for - MEDICAL**

---

Debtor 1 **CHRISTIAN MARCIANO FLORES**
Debtor 2 **ROXANA MARITZA SOTOMAYOR**

Case number (if known) _____

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.21

**NATIONWIDE RECOVERY SERVICES**
Nonpriority Creditor's Name
**PO BOX 8005**
Number       Street

**$111.00**

**Last 4 digits of account number**   5   0   3   2

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CLEVELAND           TN    37320**
City                        State   ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for - MEDICAL**

### 4.22

**NATIONWIDE RECOVERY SERVICES**
Nonpriority Creditor's Name
**PO BOX 8005**
Number       Street

**$69.00**

**Last 4 digits of account number**   5   0   3   2

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CLEVELAND           TN    37320**
City                        State   ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for - MEDICAL**

### 4.23

**NATIONWIDE RECOVERY SERVICES**
Nonpriority Creditor's Name
**PO BOX 8005**
Number       Street

**$51.00**

**Last 4 digits of account number**   5   0   3   2

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**CLEVELAND           TN    37320**
City                        State   ZIP Code

**Who incurred the debt?**   Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for - MEDICAL**

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.24

**NATIONWIDE RECOVERY SERVICES**
Nonpriority Creditor's Name
**PO BOX 8005**
Number        Street

_____

**CLEVELAND                TN    37320**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    5  0  3  2

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collecting for - MEDICAL**

**$50.00**

### 4.25

**TARGET CARD SERVICES**
Nonpriority Creditor's Name
**PO BOX 9500**
Number        Street

_____

**MINNEAPOLIS          MN    55440**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    2  4  8  5

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Credit Card**

**$8,511.00**

### 4.26

**TMOBILE**
Nonpriority Creditor's Name
**BANKRUPTCY DEPT**
Number        Street
**PO BOX 53410**

_____

**BELLEVUE          WA    98015-3410**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**    __ __ __ __

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collecting for - CELL PHONE**

**$397.85**

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR**                    Case number (if known) _____

---

## Part 3:   List Others to Be Notified About a Debt That You Already Listed

5.   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.
     For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original
     creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the
     debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for
     any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| **CHASE** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| **201 N WALNUT STREET** | Line **4.6** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number       Street | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number __ __ __ __ |
| **WILMINGTON        DE      19801** | |
| City                State   ZIP Code | |

| | |
|---|---|
| **CITIBANK** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| **C/O MIDLAND FUNDING** | Line **4.7** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number       Street | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **2365 NORTHSIDE DRIVE, STE 300** | |
| | Last 4 digits of account number __ __ __ __ |
| **SAN DIEGO          CA      92108** | |
| City                State   ZIP Code | |

| | |
|---|---|
| **CREDENCE RESOURCE MANAGEMENT LLC** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| **17000 DALLAS PKWY, STE 204** | Line **4.26** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number       Street | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number __ __ __ __ |
| **DALLAS             TX      75248** | |
| City                State   ZIP Code | |

| | |
|---|---|
| **GC SERVICES LP** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| **6330 GULFTON** | Line **4.6** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number       Street | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number __ __ __ __ |
| **HOUSTON            TX      77081** | |
| City                State   ZIP Code | |

| | |
|---|---|
| **GC SERVICES LP** | On which entry in Part 1 or Part 2 did you list the original creditor? |
| Name | |
| **PO BOX 1545** | Line **4.6** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number       Street | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number __ __ __ __ |
| **HOUSTON            TX      77251** | |
| City                State   ZIP Code | |

---

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                    Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |
|---|---|

**MIDLAND CREDIT MGMT**
Name
**2365 NORTHSIDE DR, STE 300**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.8__ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**SAN DIEGO**          **CA**    **92108**
City                   State   ZIP Code

---

**NATHAN WILLNER, ESQ**
Name
**PO BOX 1269**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.25__ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**MT LAUREL**          **NJ**    **08054**
City                   State   ZIP Code

---

**RCVL PER MNG**
Name
**20816 44TH AVE W**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.26__ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**LYNWOOD**           **WA**    **98036**
City                   State   ZIP Code

---

**TD BANK USA / TARGET**
Name
**PO BOX 673**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.25__ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**MINNEAPOLIS**        **MN**    **55416**
City                   State   ZIP Code

---

**TD BANK USA NA**
Name
**7000 TARGET PKWY N MS-NCB-0464**
Number        Street

On which entry in Part 1 or Part 2 did you list the original creditor?

Line __4.25__ of  (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

**BROOKLYN PARK**      **MN**    **55445**
City                   State   ZIP Code

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR** _____    Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.   Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

| | | | | |
|---|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | | $0.00 |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | | $0.00 |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | | $0.00 |
| 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | | $0.00 |
| 6e. | **Total.** Add lines 6a through 6d. | 6d. | | $0.00 |

**Total claim**

**Total claims from Part 2**

| | | | | |
|---|---|---|---|---|
| 6f. | **Student loans** | 6f. | | $0.00 |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | | $0.00 |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | | $0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | | $90,646.74 |
| 6j. | **Total.** Add lines 6f through 6i. | 6j. | | $90,646.74 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **CHRISTIAN** | **MARCIANO** | **FLORES** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **ROXANA** | **MARITZA** | **SOTOMAYOR** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

**Fill in this information to identify your case:**

| Debtor 1 | **CHRISTIAN** First Name | **MARCIANO** Middle Name | **FLORES** Last Name |
|---|---|---|---|

| Debtor 2 (Spouse, if filing) | **ROXANA** First Name | **MARITZA** Middle Name | **SOTOMAYOR** Last Name |
|---|---|---|---|

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?**   (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☐ Yes

3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

*Column 1:* **Your codebtor**

*Column 2:* **The creditor to whom you owe the debt**

Check all schedules that apply:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **CHRISTIAN**    **MARCIANO**    **FLORES** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **ROXANA**    **MARITZA**    **SOTOMAYOR** |
| (Spouse, if filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | **DISTRICT OF MARYLAND** |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed  ☐ Not employed | ☑ Employed  ☐ Not employed |
| Occupation | | **JR ASSOCIATE QUALITY REVIEW** | **RELATIONSHIP MANAGER** |
| Employer's name | | **MUFG INVESTOR SERVICES LLC** | **BANK OF AMERICA** |
| Employer's address | | **805 KING FARM BLVD STE 600** | **474 N FREDERICK AVENUE** |
| | | Number  Street | Number  Street |
| | | **ROCKVILLE    MD    20850** | **GAITHERSBU!    MD    20877** |
| | | City    State   Zip Code | City    State   Zip Code |
| How long employed there? | | **01/02/2018 - PRESENT** | **05/20/2002 - PRESENT** |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $4,588.33 | $3,977.61 |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $4,588.33 | $3,977.61 |

Debtor 1  **CHRISTIAN MARCIANO FLORES**
Debtor 2  **ROXANA MARITZA SOTOMAYOR**                    Case number (if known)

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ............................................................ → 4. | $4,588.33 | $3,977.61 |
| **5.** | **List all payroll deductions:** | | |
| 5a. | Tax, Medicare, and Social Security deductions　5a. | $1,120.84 | $747.16 |
| 5b. | Mandatory contributions for retirement plans　5b. | $0.00 | $345.65 |
| 5c. | Voluntary contributions for retirement plans　5c. | $0.00 | $118.45 |
| 5d. | Required repayments of retirement fund loans　5d. | $0.00 | $385.32 |
| 5e. | Insurance　5e. | $0.00 | $415.91 |
| 5f. | Domestic support obligations　5f. | $0.00 | $0.00 |
| 5g. | Union dues　5g. | $0.00 | $0.00 |
| 5h. | Other deductions.　Specify:  See continuation sheet　5h.+ | $30.84 | $24.12 |
| **6.** | **Add the payroll deductions.**　Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.　6. | $1,151.68 | $2,036.61 |
| **7.** | **Calculate total monthly take-home pay.**　Subtract line 6 from line 4.　7. | $3,436.65 | $1,941.00 |
| **8.** | **List all other income regularly received:** | | |
| 8a. | Net income from rental property and from operating a business, profession, or farm　8a. | $0.00 | $0.00 |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| 8b. | Interest and dividends　8b. | $0.00 | $0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive　8c. | $0.00 | $0.00 |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| 8d. | Unemployment compensation　8d. | $0.00 | $0.00 |
| 8e. | Social Security　8e. | $0.00 | $0.00 |
| 8f. | Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.　Specify: _____　8f. | $0.00 | $0.00 |
| 8g. | Pension or retirement income　8g. | $0.00 | $0.00 |
| 8h. | Other monthly income.　Specify:  RENTAL INCOME / CHILD SUPPORT　8h.+ | $800.00 | $95.00 |
| **9.** | **Add all other income.**　Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.　9. | $800.00 | $95.00 |
| **10.** | **Calculate monthly income.**　Add line 7 + line 9.　10. | $4,236.65 + | $2,036.00 = |

10.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  = $6,272.65

**11.  State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____　11. + $0.00

**12.  Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.

12.  $6,272.65

**Combined monthly income**

**13.  Do you expect an increase or decrease within the year after you file this form?**

☑ No.
☐ Yes. Explain:  None.

Debtor 1    **CHRISTIAN MARCIANO FLORES**

Debtor 2    **ROXANA MARITZA SOTOMAYOR**                                  Case number (if known) _____

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **5h. Other Payroll Deductions (details)** | | |
| GROUP TERM LIFE INS / CHILD LIFE INSURANCE | $6.84 | $1.11 |
| METLAW LEGAL / AD&D INSURANCE | $24.00 | $3.53 |
| PREPAID LEGAL | | $14.50 |
| LTD INSURANCE | | $4.98 |
| Totals: | $30.84 | $24.12 |

**Fill in this information to identify your case:**

| Debtor 1 | CHRISTIAN | MARCIANO | FLORES |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | ROXANA | MARITZA | SOTOMAYOR |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
      ☑ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| DAUGHTER | 19 | ☐ No  ☑ Yes |
| SON | 14 | ☐ No  ☑ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. _____ $837.09 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. _____ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. _____ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. _____ $100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. _____ $220.00 |

| Debtor 1 | **CHRISTIAN MARCIANO FLORES** | |
|---|---|---|
| Debtor 2 | **ROXANA MARITZA SOTOMAYOR** | Case number (if known) _____ |

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a. _____ **$150.00** |
| | 6b.  Water, sewer, garbage collection | 6b. _____ **$75.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. _____ **$337.69** |
| | 6d.  Other.  Specify:  __SECURITY__ | 6d. _____ **$63.59** |
| 7. | **Food and housekeeping supplies** | 7. _____ **$800.00** |
| 8. | **Childcare and children's education costs** | 8. _____ **$50.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. _____ **$200.00** |
| 10. | **Personal care products and services** | 10. _____ **$160.00** |
| 11. | **Medical and dental expenses** | 11. _____ **$175.00** |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. _____ **$250.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ |
| 14. | **Charitable contributions and religious donations** | 14. _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a. _____ |
| | 15b.  Health insurance | 15b. _____ |
| | 15c.  Vehicle insurance | 15c. _____ **$355.00** |
| | 15d.  Other insurance.  Specify:  __STORAGE__ | 15d. _____ **$551.00** |
| 16. | **Taxes.**   Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1 | 17a. _____ |
| | 17b.  Car payments for Vehicle 2 | 17b. _____ |
| | 17c.  Other.  Specify: _____ | 17c. _____ |
| | 17d.  Other.  Specify: _____ | 17d. _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |

Debtor 1  **CHRISTIAN MARCIANO FLORES**
Debtor 2  **ROXANA MARITZA SOTOMAYOR**                          Case number (if known) _____

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | |
|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ $875.91 |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ $17.50 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ $206.42 |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ $361.32 |

**21. Other.**  Specify: _____    21. + _____

**22. Calculate your monthly expenses.**

22a.  Add lines 4 through 21.                                22a. _____ $5,785.52

22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.   22b. _____

22c.  Add line 22a and 22b.  The result is your monthly expenses.   22c. _____ $5,785.52

**23. Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.   23a. _____ $6,272.65

23b.  Copy your monthly expenses from line 22c above.             23b. − _____ $5,785.52

23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                        23c. _____ $487.13

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
**None.**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **CHRISTIAN**<br>First Name | **MARCIANO**<br>Middle Name | **FLORES**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **ROXANA**<br>First Name | **MARITZA**<br>Middle Name | **SOTOMAYOR**<br>Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No

☑ Yes.   Name of person   **CARMEN HERNANDEZ** _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____
CHRISTIAN MARCIANO FLORES, Debtor 1

Date   09/08/2019
      MM / DD / YYYY

X _____
ROXANA MARITZA SOTOMAYOR, Debtor 2

Date   09/08/2019
      MM / DD / YYYY

Official Form 106Dec          Declaration About an Individual Debtor's Schedules          page 1

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **CHRISTIAN** | **MARCIANO** | **FLORES** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **ROXANA** | **MARITZA** | **SOTOMAYOR** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number
(if known)

FILED
2019 SEP 11  PM 12: 21
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

☐ Check if this is an amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☑ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☑ No
   - ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No
   - ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1  **CHRISTIAN MARCIANO FLORES**
Debtor 2  **ROXANA MARITZA SOTOMAYOR**                    Case number (if known) _____

| **Part 2:** | **Explain the Sources of Your Income** |

**4.  Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $35,513.31 | ☑ Wages, commissions, bonuses, tips | $31,148.10 |
|  | ☐ Operating a business |  | ☐ Operating a business |  |
| **For the last calendar year:**<br>(January 1 to December 31, **2018** )<br>YYYY | ☑ Wages, commissions, bonuses, tips | $52,764.80 | ☑ Wages, commissions, bonuses, tips | $42,135.62 |
|  | ☐ Operating a business |  | ☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, **2017** )<br>YYYY | ☑ Wages, commissions, bonuses, tips | $51,672.81 | ☑ Wages, commissions, bonuses, tips | $44,358.43 |
|  | ☐ Operating a business |  | ☐ Operating a business |  |

**5.  Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR**                                    Case number (if known) _____

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **CARRINGTON MORTGAGE SER** | | **$2,511.27** | **$123,259.12** | ☑ Mortgage |
| Creditor's name | | | | ☐ Car |
| **PO BOX 5001** | **(LAST 90 DAYS)** | | | ☐ Credit card |
| Number     Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| **WESTFIELD       IN    46074** | | | | ☐ Other _____ |
| City             State   ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **BANK OF AMERICA** | | **$2,627.73** | **$154,721.35** | ☑ Mortgage |
| Creditor's name | | | | ☐ Car |
| **PO BOX 31785** | **(LAST 90 DAYS)** | | | ☐ Credit card |
| Number     Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| **TAMPA          FL    33631** | | | | ☐ Other _____ |
| City             State   ZIP Code | | | | |

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                    Case number (if known) _____

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

    ☑ No
    ☐ Yes.  List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes.  List all payments that benefited an insider.

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **TD BANK USA NA VS CHRISTIAN M FLORES** | **COLLECTION SUIT JUDGMENT ENTERED 12/19/2018** | **DISTRICT COURT OF MD FOR MONTGOMERY CO** <br> Court Name <br> **191 E JEFFERSON STREET** <br> Number    Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number   **060200141132018** | | **ROCKVILLE    MD    20850** <br> City    State    ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR**                                    Case number (if known) _____

## Part 5:   List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

## Part 6:   List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

## Part 7:   List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **CARMEN HERNANDEZ**<br>Person Who Was Paid | $100.00 FOR THE PREPARATION OF THE CHAPTER 7 BANKRUPTCY PETITION. | | |
| **1620 ELTON ROAD**<br>Number    Street | | **11/18/2018** | **$100.00** |
| **SILVER SPRING     MD    20903**<br>City              State    ZIP Code | | | |
| **integratedmultiservices@gmail.com**<br>Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |
| **ABACUS CREDIT COUNSELING**<br>Person Who Was Paid | $35.00 FOR PRE-BANKRUPTCY CREDIT COUNSELING. | | |
| **17337 VENTURA BLVD STE 205**<br>Number    Street | | **09/05/2019** | **$35.00** |
| **ENCINO          CA    91316**<br>City              State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR** _____   Case number (if known) _____

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

<h2 style="background:black;color:white;">Part 8:     List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units</h2>

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes. Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

<h2 style="background:black;color:white;">Part 9:     Identify Property You Hold or Control for Someone Else</h2>

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes. Fill in the details.

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR** _____    Case number (if known) _____

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

## Part 11:    Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No.  None of the above applies.  Go to Part 12.
☐ Yes.  Check all that apply above and fill in the details below for each business.

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐ No
☐ Yes.  Fill in the details below.

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR** _____   Case number (if known) _____

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _Christian Flores_      X _Sotomayor_
CHRISTIAN MARCIANO FLORES, Debtor 1      ROXANA MARITZA SOTOMAYOR, Debtor 2

Date _9/8/19_      Date _09/08/2019_

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☐ No
☑ Yes. Name of person **CARMEN HERNANDEZ** _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

IN RE:   **CHRISTIAN MARCIANO FLORES**
         **ROXANA MARITZA SOTOMAYOR**

CASE NO

CHAPTER   **7**

FILED

2019 SEP 11  PM 12: 21

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ___09/08/2019___

Date ___09/08/2019___

Signature _____
         **CHRISTIAN MARCIANO FLORES**

Signature _____
         **ROXANA MARITZA SOTOMAYOR**

BANK OF AMERICA
PO BOX 31785
TAMPA, FL 33631


BANK OF AMERICA
400 CHRISTIANA ROAD
NEWARK, DE 19713


CARRINGTON MORTGAGE SER
PO BOX 5001
WESTFIELD, IN 46074


CHASE
201 N WALNUT STREET
WILMINGTON, DE 19801


CHASE CARD
PO BOX 15298
WILMINGTON, DE 19850


CHRISTOPHER COURT CONDOMINIUM
3706 CRONDALL LANE STE 105
OWINGS MILL, MD 21117


CITIBANK
C/O MIDLAND FUNDING
2365 NORTHSIDE DRIVE, STE 300
SAN DIEGO, CA 92108


CITICARDS CBNA
PO BOX 6241
SIOUX FALLS, SD 57117


CREDENCE RESOURCE MANAGEMENT LLC
17000 DALLAS PKWY, STE 204
DALLAS, TX 75248

FARMINGDALE CONDO INC
C/O THE MANAGEMENT GROUP ASSOC
20440 CENTURY BLVD STE 100
GERMANTOWN, MD 20879


GC SERVICES LP
PO BOX 1545
HOUSTON, TX 77251


GC SERVICES LP
6330 GULFTON
HOUSTON, TX 77081


KAISER PERMANENTE
PATIENT FINANCIAL SERVICES
2101 E JEFFERSON ST 4 EAST
ROCKVILLE, MD 20852


KOHLS / CAPITAL ONE
PO BOX 3043
MILWAUKEE, WI 53201-3043


MIDLAND CREDIT MGMT
2365 NORTHSIDE DR, STE 300
SAN DIEGO, CA 92108


NATHAN WILLNER, ESQ
PO BOX 1269
MT LAUREL, NJ 08054


NATIONWIDE RECOVERY SERVICES
PO BOX 8005
CLEVELAND, TN 37320


RCVL PER MNG
20816 44TH AVE W
LYNWOOD, WA 98036

TARGET CARD SERVICES
PO BOX 9500
MINNEAPOLIS, MN 55440


TD BANK USA / TARGET
PO BOX 673
MINNEAPOLIS, MN 55416


TD BANK USA NA
7000 TARGET PKWY N MS-NCB-0464
BROOKLYN PARK, MN 55445


TMOBILE
BANKRUPTCY DEPT
PO BOX 53410
BELLEVUE, WA 98015-3410