**Fill in this information to identify your case:**

| Debtor 1 | CHRISTIAN | MARCIANO | FLORES |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | ROXANA | MARITZA | SOTOMAYOR |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known) _____



☐ Check if this is an amended filing

## Official Form 108
### Statement of Intention for Individuals Filing Under Chapter 7       12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List Your Creditors Who Hold Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **BANK OF AMERICA**<br>Description of property securing debt: **9816 HELLINGLY PLACE #93** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]: **Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☐ Yes |
| Creditor's name: **CARRINGTON MORTGAGE SER**<br>Description of property securing debt: **18233 SWISS CIRCLE APT 1** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☒ Retain the property and [explain]: **Debtor will continue making payments to creditor without reaffirming.** | ☐ No<br>☐ Yes |

Debtor 1    CHRISTIAN MARCIANO FLORES
Debtor 2    ROXANA MARITZA SOTOMAYOR

Case number (if known) _____

### Identify the creditor and the property that is collateral

**Creditor's name:** CHRISTOPHER COURT CONDOMINIUM

**Description of property securing debt:** 18233 SWISS CIRCLE APT 1

**What do you intend to do with the property that secures a debt?**
- ☐ Surrender the property.
- ☐ Retain the property and redeem it.
- ☐ Retain the property and enter into a *Reaffirmation Agreement.*
- ☑ Retain the property and [explain]: Debtor will continue making payments to creditor without reaffirming.

**Did you claim the property as exempt on Schedule C?**
- ☐ No
- ☐ Yes

**Creditor's name:** FARMINGDALE CONDO INC

**Description of property securing debt:** 9816 HELLINGLY PLACE #93

- ☐ Surrender the property.
- ☐ Retain the property and redeem it.
- ☐ Retain the property and enter into a *Reaffirmation Agreement.*
- ☑ Retain the property and [explain]: Debtor will continue making payments to creditor without reaffirming.

- ☐ No
- ☐ Yes

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases    Will this lease be assumed?

None.

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X _/s/ Christian Marciano Flores_
CHRISTIAN MARCIANO FLORES, Debtor 1
Date 09/08/2019
MM / DD / YYYY

X _/s/ Roxana Maritza Sotomayor_
ROXANA MARITZA SOTOMAYOR, Debtor 2
Date 09/08/2019
MM / DD / YYYY

Official Form 108    Statement of Intention for Individuals Filing Under Chapter 7    page 2