**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **CHRISTIAN** | **MARCIANO** | **FLORES** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **ROXANA** | **MARITZA** | **SOTOMAYOR** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number **19-22142 LSS**
(if known)

FILED
2019 OCT 18 PM 1:57
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

☑ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**

Case number (if known)   19-22142 LSS

**1.1.**

**18233 SWISS CIRCLE APT 1-37**
Street address, if available, or other description

**GERMANTOWN        MD   20874**
City                            State    ZIP Code

**MONTGOMERY**
County

**RESIDENCE**

**What is the property?**
Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☒ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:** _____

Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**          **Current value of the portion you own?**

$135,000.00                           $135,000.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**MORTGAGE**

☐ **Check if this is community property**
(see instructions)

PURCHASE DATE:  12/19/2013
PURCHASE PRICE:  $143,589.00

***MORTGAGE***
LOAN OBTAINED:  10/2016
LOAN AMOUNT:  $128,264.00
MONTHLY PYMT:  $837.09
BALANCE:  $123,259.12

***LIQUIDATION***
 $135,000.00  Value
 $123,259.12  Mtg
 $ 13,500.00  10% Cost and Sale
=============================
($  1,759.12)  Negative Equity

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                    Case number (if known)  __19-22142 LSS__

---

**1.2.**

**9816 HELLINGLY PLACE #93**
Street address, if available, or other description

**GAITHERSBURG     MD    20886**
City                    State    ZIP Code

**MONTGOMERY**
County

**RENTAL PROPERTY**

**What is the property?**
Check all that apply.
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☑ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?**
Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:    _____

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

**Current value of the**          **Current value of the**
**entire property?**              **portion you own?**

_____$0.00          _____$0.00

**Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.**

**MORTGAGE**
_____

- ☐ **Check if this is community property**
  (see instructions)

**PURCHASE DATE:  04/2007**
**PURCHASE PRICE:  $170,000.000**

**\*\*\*MORTGAGE\*\*\***
**LOAN OBTAINED:  04/2007**
**LOAN AMOUNT:  $170,000.00**
**MONTHLY PYMT:  $875.91**
**BALANCE:  $154,721.35**

**\*\*\*LIQUIDATION\*\*\***
 **$  99,950.00  Value**
**$154,941.35  Mtg**
 **$    9,995.00  10% Cost and Sale**
=============================
**($  64,986.35)  Negative Equity**

**2.**    Add the dollar value of the portion you own for all of your entries from Part 1, including any
entries for pages you have attached for Part 1.  Write that number here...................................➔    |  **$135,000.00**  |

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR**                    Case number (if known)   **19-22142 LSS**

## Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.
Make:   **FORD**

Model:   **EXPLORER**

Year:   **2001**

Approximate mileage:   **173,000**

Other information:
**2001 FORD EXPLORER (approx.
173,000 miles)
2DR/AUTO
FAIR CONDITION
PURCHASE DATE: 6/30/2000
PURCHASE PRICE: $23,100.00
NO LIENS**

**Who has an interest in the property?**
Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **$462.00**

**Current value of the portion you own?**   **$462.00**

3.2.
Make:   **NISSAN**

Model:   **VERSA**

Year:   **2012**

Approximate mileage:   **66,000**

Other information:
**2012 NISSAN VERSA (approx. 66,000
miles)
4DR/AUTO
FAIR CONDITION
PURCHASE DATE: 11/2012
PURCHASE PRICE: $16,550.00
NO LIENS**

**Who has an interest in the property?**
Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **$2,048.00**

**Current value of the portion you own?**   **$2,048.00**

3.3.
Make:   **NISSAN**

Model:   **ALTIMA**

Year:   **2001**

Approximate mileage:   **146,000**

Other information:
**2001 NISSAN ALTIMA (approx. 146,000
miles)
4DR/AUTO
POOR CONDITION (NOT OPERABLE)
PURCHASE DATE:  $6/14/2018
PURCHASE PRICE:  $1,100.00
NO LIENS**

**Who has an interest in the property?**
Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **$50.00**

**Current value of the portion you own?**   **$50.00**

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**
Case number (if known)    **19-22142 LSS**

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
    ☑ No
    ☐ Yes

5.  Add the dollar value of the portion you own for all of your entries from Part 2, including any
    entries for pages you have attached for Part 2. Write that number here..............................➔    **$2,560.00**

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☑ Yes.  Describe.....

    | |
    |---|
    | LIVING ROOM:  1 COUCH, 1 LOVE SEAT, 1 TV.  DINING ROOM:  1 TABLE, 4 CHAIRS.  KITCHEN:  30 COOKING AND EATING UTENSILS.  BEDROOM #1:  1 BED, 3 CHEST DRAWERS, 2 DRESSERS, 1 TV.  BEDROOM #2:  2 BEDS, 1 CHEST DRAWER, 1 DRESSER, 1 TABLE, 1 TV. |

    $500.00

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☑ Yes.  Describe.....    2 LAPTOPS & 2 CELLS PHONE    $300.00

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☑ No
    ☐ Yes.  Describe.....

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☑ No
    ☐ Yes.  Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes.  Describe.....

    | |
    |---|
    | HUSBAND:  5 SUITS, 1 SPORT COAT, 8 SHIRTS, 6 PANTS, 4 SWEATERS, 6 PAIRS OF SHOES, 1 COAT, 1 JACKET.  WIFE:  2 SUITS, 3 BLAZERS, 3 SKIRTS, 3 PANTS, 2 BLOUSES, 3 DRESSES, 4 SWEATERS, 2 JACKETS, 1 COAT, 1 PAIRS OF SHOES, 3 PURSES. |

    $500.00

Debtor 1  **CHRISTIAN MARCIANO FLORES**
Debtor 2  **ROXANA MARITZA SOTOMAYOR**
  Case number (if known)  __19-22142 LSS__

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes.  Describe.....

HUSBAND:  1 RING, 1 WATCH                                          $300.00

WIFE:  1 NECKLACE, 1 BRACELET, 2 RINGS, 1 BROACH, 5 PAIRS OF EARRINGS

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes.  Give specific information.............

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**..................................................................➜   $1,600.00

## Part 4:  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes..............................................................................................................  Cash: ........................   $20.00

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...........................          Institution name:

| | | |
|---|---|---|
| 17.1. | Checking account: | **Checking account #X341**<br>**MID-ATLANTIC FCU** | $1,206.92 |
| 17.2. | Checking account: | **Checking account #2270**<br>**SCHOOLS FIRST FCU** | $566.32 |
| 17.3. | Checking account: | **Checking account #0722**<br>**BANK OF AMERICA** | $5.30 |
| 17.4. | Checking account: | **Checking account #7908**<br>**BANK OF AMERICA** | $457.50 |
| 17.5. | Checking account: | **Checking account #6531**<br>**BANK OF AMERICA** | $345.86 |
| 17.6. | Checking account: | **Checking account #0341**<br>**BANK OF AMERICA** | |
| | | **1/2 INTEREST WITH DAUGHTER** | $56.57 |

Debtor 1  **CHRISTIAN MARCIANO FLORES**
Debtor 2  **ROXANA MARITZA SOTOMAYOR**

Case number (if known)  **19-22142 LSS**

| | | | |
|---|---|---|---|
| 17.7. | Checking account: | **Checking account #8010**<br>**BANK OF AMERICA** | |
| | | **1/2 INTEREST WITH DAUGHTER** | $5.00 |
| 17.8. | Checking account: | **Checking account #3896**<br>**BANK OF AMERICA** | |
| | | **1/2 INTEREST WITH SON** | $25.01 |
| 17.9. | Checking account: | **Checking account #6544**<br>**BANK OF AMERICA** | |
| | | **1/2 INTEREST WITH PARENT** | $150.00 |
| 17.10. | Savings account: | **Savings account #X341**<br>**MID-ATLANTIC FCU** | $180.14 |
| 17.11. | Savings account: | **Savings account #2270**<br>**SCHOOLS FIRST FCU** | $8.88 |
| 17.12. | Savings account: | **Savings account #9186**<br>**BANK OF AMERICA** | $302.89 |
| 17.13. | Other financial account: | **Other financial account (MONEY MARKET ACCT) #9577**<br>**ALLY/GMAC** | |
| | | **1/4 INTEREST WITH FAMILY MEMBERS** | $156.56 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☑ No
    ☐ Yes........................... Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☑ No
    ☐ Yes.  Give specific
    information about
    them......................... Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ☑ No
    ☐ Yes.  Give specific
    information about
    them......................... Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
    profit-sharing plans
    ☐ No
    ☑ Yes.  List each
    account separately.    Type of account:       Institution name:

| | | | |
|---|---|---|---|
| | 401(k) or similar plan: | **401(k)**<br>**BANK OF AMERICA/MERRILL** | $51,175.77 |
| | Pension plan: | **Pension plan #0795**<br>**BANK OF AMERICA/FIDELITY INVESTMENTS** | $11,652.79 |
| | Pension plan: | **Pension plan #9169**<br>**BANK OF AMERICA/FIDELITY INVESTMENTS** | $14,638.20 |

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                          Case number (if known)    **19-22142 LSS**

22.  **Security deposits and prepayments**
     Your share of all unused deposits you have made so that you may continue service or use from a company
     *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
     companies, or others

     ☑ No
     ☐ Yes............................    Institution name or individual:

23.  **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

     ☑ No
     ☐ Yes............................    Issuer name and description:

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
     26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

     ☑ No
     ☐ Yes............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
     powers exercisable for your benefit**

     ☑ No
     ☐ Yes.  Give specific
        information about them

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
     *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

     ☑ No
     ☐ Yes.  Give specific
        information about them

27.  **Licenses, franchises, and other general intangibles**
     *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

     ☑ No
     ☐ Yes.  Give specific
        information about them

**Money or property owed to you?**

|  | Current value of the portion you own? Do not deduct secured claims or exemptions. |
| --- | --- |

28.  **Tax refunds owed to you**

     ☐ No
     ☑ Yes.  Give specific information
        about them, including whether
        you already filed the returns
        and the tax years....................

     | **Federal: 2018 FEDERAL TAX RETURN REFUND:  $3,520.00. Amt: $0.00**<br><br>**State: MD STATE TAX RETURN REFUND:  $218.00.  Amt: $0.00** | Federal: | $0.00 |
     | --- | --- | --- |
     |  | State: | $0.00 |
     |  | Local: | $0.00 |

29.  **Family support**
     *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

     ☑ No
     ☐ Yes.  Give specific information

     | | Alimony: | |
     | --- | --- | --- |
     | | Maintenance: | |
     | | Support: | |
     | | Divorce settlement: | |
     | | Property settlement: | |

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR**                      Case number (if known)   **19-22142 LSS**

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes.  Give specific information

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes.  Name the insurance
company of each policy
and list its value...............

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **LIFE INSURANCE THROUGH EMPLOYER WITH CIGNA GROUP LIFE TERM LIFE DEATH BENEFIT: $104,000.00 NO CASH VALUE** | **ROXANA M SOTOMAYOR** | $0.00 |

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes.  Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes.  Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and
rights to set off claims**

☑ No
☐ Yes.  Describe each claim........

**35. Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information

**36.** Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4.  Write that number here...................................................................................➔   **$80,953.71**

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR**

Case number (if known)  **19-22142 LSS**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

  ☑ No
  ☐ Yes. Describe..

39. **Office equipment, furnishings, and supplies**
  *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

  ☑ No
  ☐ Yes. Describe..

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

  ☑ No
  ☐ Yes. Describe..

41. **Inventory**

  ☑ No
  ☐ Yes. Describe..

42. **Interests in partnerships or joint ventures**

  ☑ No
  ☐ Yes. Describe..... Name of entity:       % of ownership:

43. **Customer lists, mailing lists, or other compilations**

  ☑ No
  ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes. Describe....

44. **Any business-related property you did not already list**

  ☑ No
  ☐ Yes. Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.**..................................................................................→ **$0.00**

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

  ☑ No. Go to Part 7.
  ☐ Yes. Go to line 47.

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR**          Case number (if known)   **19-22142 LSS**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ☑ No
    ☐ Yes....

48. **Crops--either growing or harvested**
    ☑ No
    ☐ Yes.  Give specific information..............

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
    ☑ No
    ☐ Yes....

50. **Farm and fishing supplies, chemicals, and feed**
    ☑ No
    ☐ Yes....

51. **Any farm- and commercial fishing-related property you did not already list**
    ☑ No
    ☐ Yes.  Give specific information..............

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**............................................................... ➔   $0.00

**Part 7:**   **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☑ No
    ☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here**............................................. ➔   $0.00

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**

Case number (if known)   **19-22142 LSS**

| Part 8: | List the Totals of Each Part of this Form |
| --- | --- |

55.  **Part 1: Total real estate, line 2**.................................................................................................➜   **$135,000.00**

56.  **Part 2: Total vehicles, line 5**                                    **$2,560.00**

57.  **Part 3: Total personal and household items, line 15**             **$1,600.00**

58.  **Part 4: Total financial assets, line 36**                          **$80,953.71**

59.  **Part 5: Total business-related property, line 45**                **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**       **$0.00**

61.  **Part 7: Total other property not listed, line 54**          **+**   **$0.00**

62.  **Total personal property.   Add lines 56 through 61**.................   **$85,113.71**   Copy personal ➜  **+**   **$85,113.71**
                                                                                                property total

63.  **Total of all property on Schedule A/B.   Add line 55 + line 62**..........................................................   **$220,113.71**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **CHRISTIAN** | **MARCIANO** | **FLORES** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **ROXANA** | **MARITZA** | **SOTOMAYOR** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number **19-22142 LSS**
(if known)

FILED

2019 OCT 18 PM 1: 58

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

☑ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR**

Case number (if known)   **19-22142 LSS**

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**RESIDENCE**<br>**PURCHASE DATE: 12/19/2013**<br>**PURCHASE PRICE: $143,589.00**<br><br>**\*\*\*MORTGAGE\*\*\***<br>**LOAN OBTAINED: 10/2016**<br>**LOAN AMOUNT: $128,264.00**<br>**MONTHLY PYMT: $837.09**<br>**BALANCE: $123,259.12**<br><br>**\*\*\*LIQUIDATION\*\*\***<br>**$135,000.00  Value**<br>**$123,259.12  Mtg**<br>**$  13,500.00  10% Cost and Sale**<br>**==============================**<br>**($   1,759.12)  Negative Equity**<br>Line from *Schedule A/B:*   **1.1** | $135,000.00 | ☑ **$11,520.88**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i)(2)** |
| Brief description:<br>**2001 FORD EXPLORER (approx. 173,000 miles)**<br>**2DR/AUTO**<br>**FAIR CONDITION**<br>**PURCHASE DATE: 6/30/2000**<br>**PURCHASE PRICE: $23,100.00**<br>**NO LIENS**<br>Line from *Schedule A/B:*   **3.1** | $462.00 | ☑ **$462.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| Brief description:<br>**2012 NISSAN VERSA (approx. 66,000 miles)**<br>**4DR/AUTO**<br>**FAIR CONDITION**<br>**PURCHASE DATE: 11/2012**<br>**PURCHASE PRICE: $16,550.00**<br>**NO LIENS**<br>Line from *Schedule A/B:*   **3.2** | $2,048.00 | ☑ **$2,048.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| Brief description:<br>**2001 NISSAN ALTIMA (approx. 146,000 miles)**<br>**4DR/AUTO**<br>**POOR CONDITION (NOT OPERABLE)**<br>**PURCHASE DATE: 6/14/2018**<br>**PURCHASE PRICE: $1,100.00**<br>**NO LIENS**<br>Line from *Schedule A/B:*   **3.3** | $50.00 | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                            Case number (if known)    **19-22142 LSS**

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **LIVING ROOM: 1 COUCH, 1 LOVE SEAT, 1 TV. DINING ROOM: 1 TABLE, 4 CHAIRS. KITCHEN: 30 COOKING AND EATING UTENSILS. BEDROOM #1: 1 BED, 3 CHEST DRAWERS, 2 DRESSERS, 1 TV. BEDROOM #2: 2 BEDS, 1 CHEST DRAWER, 1 DRESSER, 1 TABLE, 1 TV.** Line from *Schedule A/B*: __6__ | $500.00 | ☑ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** |
| Brief description: **2 LAPTOPS & 2 CELLS PHONE** Line from *Schedule A/B*: __7__ | $300.00 | ☑ $300.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| Brief description: **HUSBAND: 5 SUITS, 1 SPORT COAT, 8 SHIRTS, 6 PANTS, 4 SWEATERS, 6 PAIRS OF SHOES, 1 COAT, 1 JACKET.**  **WIFE: 2 SUITS, 3 BLAZERS, 3 SKIRTS, 3 PANTS, 2 BLOUSES, 3 DRESSES, 4 SWEATERS, 2 JACKETS, 1 COAT, 1 PAIRS OF SHOES, 3 PURSES.** Line from *Schedule A/B*: __11__ | $500.00 | ☑ $500.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4)** |
| Brief description: **HUSBAND: 1 RING, 1 WATCH**  **WIFE: 1 NECKLACE, 1 BRACELET, 2 RINGS, 1 BROACH, 5 PAIRS OF EARRINGS** Line from *Schedule A/B*: __12__ | $300.00 | ☑ $300.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| Brief description: **CASH ON HAND: $20.00** Line from *Schedule A/B*: __16__ | $20.00 | ☑ $20.00  ☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| Brief description: **Checking account #X341 MID-ATLANTIC FCU** Line from *Schedule A/B*: __17.1__ | $1,206.92 | ☑ $1,206.92  ☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| Brief description: **Savings account #X341 MID-ATLANTIC FCU** Line from *Schedule A/B*: __17.10__ | $180.14 | ☑ $180.14  ☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR**

Case number (if known)   __19-22142 LSS__

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Checking account #2270**<br>**SCHOOLS FIRST FCU**<br>Line from *Schedule A/B:*  __17.2__ | __$566.32__ | ☑ __$566.32__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. §** **11-504(b)(5)** |
| Brief description:<br>**Savings account #2270**<br>**SCHOOLS FIRST FCU**<br>Line from *Schedule A/B:*  __17.11__ | __$8.88__ | ☑ __$8.88__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. §** **11-504(b)(5)** |
| Brief description:<br>**Checking account #0722**<br>**BANK OF AMERICA**<br>Line from *Schedule A/B:*  __17.3__ | __$5.30__ | ☑ __$5.30__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. §** **11-504(b)(5)** |
| Brief description:<br>**Checking account #7908**<br>**BANK OF AMERICA**<br>Line from *Schedule A/B:*  __17.4__ | __$457.50__ | ☑ __$457.50__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. §** **11-504(b)(5)** |
| Brief description:<br>**Savings account #9186**<br>**BANK OF AMERICA**<br>Line from *Schedule A/B:*  __17.12__ | __$302.89__ | ☑ __$302.89__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. §** **11-504(b)(5)** |
| Brief description:<br>**Checking account #6531**<br>**BANK OF AMERICA**<br>Line from *Schedule A/B:*  __17.5__ | __$345.86__ | ☑ __$345.86__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. §** **11-504(b)(5)** |
| Brief description:<br>**Checking account #0341**<br>**BANK OF AMERICA**<br><br>**1/2 INTEREST WITH DAUGHTER**<br>Line from *Schedule A/B:*  __17.6__ | __$56.57__ | ☑ __$56.57__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. §** **11-504(b)(5)** |
| Brief description:<br>**Checking account #8010**<br>**BANK OF AMERICA**<br><br>**1/2 INTEREST WITH DAUGHTER**<br>Line from *Schedule A/B:*  __17.7__ | __$5.00__ | ☑ __$5.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. §** **11-504(b)(5)** |

Debtor 1   **CHRISTIAN MARCIANO FLORES**
Debtor 2   **ROXANA MARITZA SOTOMAYOR**                    Case number (if known)  **19-22142 LSS**

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Checking account #3896 BANK OF AMERICA** **1/2 INTEREST WITH SON** Line from *Schedule A/B*: __17.8__ | $25.01 | ☑ $25.01 ☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| Brief description: **Checking account #6544 BANK OF AMERICA** **1/2 INTEREST WITH PARENT** Line from *Schedule A/B*: __17.9__ | $150.00 | ☑ $150.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| Brief description: **Other financial account (MONEY MARKET ACCT) #9577 ALLY/GMAC** **1/4 INTEREST WITH FAMILY MEMBERS** Line from *Schedule A/B*: __17.13__ | $156.56 | ☑ $156.56 ☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5)** |
| Brief description: **Pension plan #0795 BANK OF AMERICA/FIDELITY INVESTMENTS** Line from *Schedule A/B*: __21__ | $11,652.79 | ☑ $11,652.79 ☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** |
| Brief description: **Pension plan #9169 BANK OF AMERICA/FIDELITY INVESTMENTS** Line from *Schedule A/B*: __21__ | $14,638.20 | ☑ $14,638.20 ☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** |
| Brief description: **401(k) BANK OF AMERICA/MERRILL** Line from *Schedule A/B*: __21__ | $51,175.77 | ☑ $51,175.77 ☐ 100% of fair market value, up to any applicable statutory limit | **Md. Code Ann., Cts. & Jud. Proc. § 11-504(h)** |

**Fill in this information to identify your case:**

| Debtor 1 | CHRISTIAN | MARCIANO | FLORES |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | ROXANA | MARITZA | SOTOMAYOR |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number **19-22142 LSS**
(if known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1.    Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed  ☐ Not employed | ☑ Employed  ☐ Not employed |
| **Occupation** | JR ASSOCIATE QUALITY REVIEW | RELATIONSHIP MANAGER |
| **Employer's name** | MUFG INVESTOR SERVICES LLC | BANK OF AMERICA |
| **Employer's address** | 805 KING FARM BLVD STE 600 | 474 N FREDERICK AVENUE |
| | Number  Street | Number  Street |
| | ROCKVILLE      MD    20850 | GAITHERSBU    MD    20877 |
| | City    State  Zip Code | City    State  Zip Code |
| **How long employed there?** | 01/02/2018 - PRESENT | 05/20/2002 - PRESENT |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $4,588.33 | $3,977.61 |
| **3.** | Estimate and list monthly overtime pay. | 3. + | $0.00 | $0.00 |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | $4,588.33 | $3,977.61 |

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                                    Case number (if known)   **19-22142 LSS**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ........................................................ ➜ 4. | **$4,588.33** | **$3,977.61** |
| **5.** | **List all payroll deductions:** | | |
| 5a. | Tax, Medicare, and Social Security deductions        5a. | **$1,120.84** | **$747.16** |
| 5b. | Mandatory contributions for retirement plans        5b. | **$0.00** | **$345.65** |
| 5c. | Voluntary contributions for retirement plans        5c. | **$0.00** | **$118.45** |
| 5d. | Required repayments of retirement fund loans        5d. | **$0.00** | **$385.32** |
| 5e. | Insurance        5e. | **$0.00** | **$415.91** |
| 5f. | Domestic support obligations        5f. | **$0.00** | **$0.00** |
| 5g. | Union dues        5g. | **$0.00** | **$0.00** |
| 5h. | Other deductions.  Specify:  See continuation sheet        5h.+ | **$30.84** | **$24.12** |
| **6.** | **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.        6. | **$1,151.68** | **$2,036.61** |
| **7.** | **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.        7. | **$3,436.65** | **$1,941.00** |
| **8.** | **List all other income regularly received:** | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm**        8a. | **$0.00** | **$0.00** |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| 8b. | **Interest and dividends**        8b. | **$0.00** | **$0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive**        8c. | **$0.00** | **$0.00** |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| 8d. | **Unemployment compensation**        8d. | **$0.00** | **$0.00** |
| 8e. | **Social Security**        8e. | **$0.00** | **$0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify:        8f. | **$0.00** | **$0.00** |
| 8g. | **Pension or retirement income**        8g. | **$0.00** | **$0.00** |
| 8h. | **Other monthly income.**   Specify:  CHILD SUPPORT        8h.+ | **$0.00** | **$95.00** |
| **9.** | **Add all other income.**  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.        9. | **$0.00** | **$95.00** |
| **10.** | **Calculate monthly income.**  Add line 7 + line 9.        10. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | **$3,436.65** + **$2,036.00** | = **$5,472.65** |

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____        11. + **$0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.        12. **$5,472.65**
                                                                                                                 Combined monthly income

**13.** **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:  | None. |

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                    Case number (if known)    **19-22142 LSS**

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| **5h.  Other Payroll Deductions (details)** | | |
| **GROUP TERM LIFE INS / CHILD LIFE INSURANCE** | $6.84 | $1.11 |
| **METLAW LEGAL / AD&D INSURANCE** | $24.00 | $3.53 |
| **PREPAID LEGAL** | | $14.50 |
| **LTD INSURANCE** | | $4.98 |
| Totals: | $30.84 | $24.12 |

Official Form 106I                    **Schedule I: Your Income**                    page 3

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | CHRISTIAN First Name | MARCIANO Middle Name | FLORES Last Name |
| Debtor 2 (Spouse, if filing) | ROXANA First Name | MARITZA Middle Name | SOTOMAYOR Last Name |

United States Bankruptcy Court for the: DISTRICT OF MARYLAND

Case number (if known) 19-22142 LSS

Check if this is:
- ☑ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:
  MM / DD / YYYY

*FILED*
*OCT 18 PM 1:58*
*U.S. BANKRUPTCY COURT*
*DIST. OF MARYLAND*
*GREENBELT*

## Official Form 106J

## Schedule J: Your Expenses                                                        12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent......................

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | DAUGHTER | 19 | ☐ No ☑ Yes |
   | SON | 14 | ☐ No ☑ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4.    $837.09 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. |
| 4b. | Property, homeowner's, or renter's insurance | 4b. |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c.    $100.00 |
| 4d. | Homeowner's association or condominium dues | 4d.    $220.00 |

Official Form 106J                        Schedule J: Your Expenses                        page 1

| Debtor 1 | **CHRISTIAN MARCIANO FLORES** | | |
|---|---|---|---|
| Debtor 2 | **ROXANA MARITZA SOTOMAYOR** | Case number (if known) | **19-22142 LSS** |

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. | $150.00 |
| | 6b. Water, sewer, garbage collection | 6b. | $75.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $337.69 |
| | 6d. Other. Specify:  **SECURITY** | 6d. | $63.59 |
| 7. | **Food and housekeeping supplies** | 7. | $800.00 |
| 8. | **Childcare and children's education costs** | 8. | $50.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $200.00 |
| 10. | **Personal care products and services** | 10. | $160.00 |
| 11. | **Medical and dental expenses** | 11. | $175.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $250.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. | |
| | 15b. Health insurance | 15b. | |
| | 15c. Vehicle insurance | 15c. | $355.00 |
| | 15d. Other insurance. Specify:  **STORAGE** | 15d. | $551.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. | |
| | 17b. Car payments for Vehicle 2 | 17b. | |
| | 17c. Other. Specify: | 17c. | |
| | 17d. Other. Specify: | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |

Debtor 1    **CHRISTIAN MARCIANO FLORES**
Debtor 2    **ROXANA MARITZA SOTOMAYOR**                Case number (if known)    **19-22142 LSS**

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | |
|---|---|---|
| 20a. | Mortgages on other property | 20a. | **$875.91** |
| 20b. | Real estate taxes | 20b. | |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | **$17.50** |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | **$206.42** |
| 20e. | Homeowner's association or condominium dues | 20e. | **$361.32** |

**21.** **Other.** Specify: _____    21.  **+** _____

**22.** **Calculate your monthly expenses.**

22a.  Add lines 4 through 21.                                          22a.  **$5,785.52**

22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.    22b.

22c.  Add line 22a and 22b.  The result is your monthly expenses.       22c.  **$5,785.52**

**23.** **Calculate your monthly net income.**

23a.  Copy line 12 (your combined monthly income) from Schedule I.      23a.  **$5,472.65**

23b.  Copy your monthly expenses from line 22c above.                   23b.  **–** **$5,785.52**

23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.                                 23c.  **($312.87)**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
**None.**

---